UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GABRIEL ECKARD,

                Plaintiffs,

v.

ALTA LANGDON, *et al*.,

                Defendants.

Case No. C19-0579-JCC-MAT

ORDER RE: PLAINTIFF'S MOTIONS
TO AMEND COMPLAINT

This is a civil rights action brought under 42 U.S.C. § 1983. This matter comes before the Court at the present time on plaintiff's two motions to amend his complaint.[1] Defendants have filed responses to both motions. The Court, having reviewed plaintiff's motions, defendants' responses thereto, and the balance of the record, hereby finds and ORDERS as follows:

(1) Plaintiff's first motion to amend his complaint (Dkt. 12) is DENIED. Defendants oppose this motion on the grounds that it is procedurally deficient. (Dkt. 13.) Defendants are correct. Plaintiff, in his first motion, merely requested leave to amend and indicated he had new information which he needed to incorporate into his pleading. He did not, however, submit with

---

[1] Also pending at this time is plaintiff's request for preliminary injunction. (Dkt. 15.) The Court will rule on that request separately.

ORDER RE: PLAINTIFF'S MOTIONS
TO AMEND COMPLAINT - 1

1  his motion a proposed amended pleading as is required by the rules of this Court.  *See* Local Civil
2  Rule (LCR) 15.  As plaintiff's first motion to amend is procedurally deficient, that motion must be
3  denied.

4      (2)  Plaintiff's second motion to amend (Dkt. 15) is GRANTED.  Defendants do not
5  oppose plaintiff's second motion, which was accompanied by the requisite proposed amended
6  pleading. (Dkt. 16.)  However, they do request that if the motion is granted the pretrial deadlines
7  be extended to allow them adequate time to conduct discovery and file any dispositive motions
8  they may deem appropriate.  (*Id*. at 2.)  The Court sees no reason why amendment should not be
9  granted in this matter.  *See* Fed. R. Civ. P. Rule 15(a)(2) (The court should freely give leave to
10 amend "when justice so requires.")  The Court also deems defendants' request to extend the pretrial
11 deadlines appropriate given that plaintiff's second, and properly filed, request for amendment was
12 submitted towards the end of the originally established discovery period.  Accordingly, the
13 discovery deadline is extended to ***December 31, 2019***, and the dispositive motion filing deadline
14 is extended to ***January 31, 2020***.

15     (3)  The Clerk is directed to file plaintiff's amended complaint (Dkt. 15-1).  The Clerk
16 is further directed to send copies of this Order to plaintiff, to counsel for defendants, and to the
17 Honorable John C. Coughenour.

18     DATED this 21st day of October, 2019.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER RE: PLAINTIFF'S MOTIONS
TO AMEND COMPLAINT - 2